GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

*FILED*

*2022 SEP 15 PM 2: 04*

*CLERK US DISTRICT COURT*
*DISTRICT OF ARIZONA*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>1.  Julian Canastillo,<br>     (Counts 1-29, 45-48, 50)<br><br>2.  Daniel Canastillo-Molina,<br>     (Counts 1-7, 45-48)<br><br>3.  Omar Trujillo, Jr.,<br>     (Counts 1, 7-21)<br><br>4.  Carlos Martinez,<br>     (Counts 1, 8-10)<br><br>5.  Nicolas Meraz,<br>     (Counts 1, 22-29)<br><br>6.  Timothy Scott Waltermire, Jr.,<br>     (Counts 1-6, 30-44, 49)<br><br>7.  Tylor Cody Joiner,<br>     (Counts 30-34)<br><br>8.  Roy Glen Cline III,<br>     (Counts 35-44)<br><br>9.  Corey Creasia,<br>     (Counts 45-48) | No.       CR22-1857-TUC-JCH-BGM<br><br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>VIO:   18 U.S.C. § 2(a)<br>          (Aiding and Abetting the<br>          Commission of an Offense)<br>          Counts 8-48<br><br>          18 U.S.C. § 371<br>          (Conspiracy)<br>          Count 1<br><br>          18 U.S.C. § 554(a)<br>          (Smuggling Goods from the United<br>          States)<br>          Counts 2-7<br><br>          18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>          (Making False Statements in<br>          Connection with Acquisition of<br>          Firearms)<br>          Counts 8-48<br><br>          18 U.S.C. §§ 922(a)(1)(A) &<br>          924(a)(1)(D)<br>          (Engaging in the Business of<br>          Dealing Firearms Without a<br>          License)<br>          Count 49 |

10. Diego Rey Gonzalez,
   Count 51)

   Defendants.

18 U.S.C. §§ 922(g)(1) & 924(a)(2)
(Possession of a Firearm by a
Convicted Felon)
Count 50

18 U.S.C. §§ 922(d)(1) & 924(a)(2)
(Sale of Firearms to a Convicted
Felon)
Count 51

18 U.S.C. § 924(d); 28 U.S.C. §
2461(c); 50 U.S.C. § 4819(d)(1)(B)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about October of 2021 and May of 2022, in the District of Arizona, Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, OMAR TRUJILLO, JR., CARLOS MARTINEZ, NICOLAS MERAZ, and TIMOTHY SCOTT WALTERMIRE, JR., did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a); Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms from the United States into the Republic of Mexico. The firearms smuggled in the course of this conspiracy include:

- Glock 17 9mm pistol
- 4 Glock 17Gen5 9mm pistols
- Glock 17Gen4 9mm pistol

*United States of America v. Julian Canastillo, et al.*
*Superseding Indictment Page 2 of 29*

- 4 Glock 19 9mm pistols
- 3 Glock 19X 9mm pistols
- 3 Glock 45 9mm pistols
- 3 FN M249S 5.56x45mm rifles
- FN SCAR17S 7.62x51mm rifle
- 2 Ohio Ordnance Works M240SLR .308 rifles
- Kalashnikov USA KR103 7.62x39mm rifle
- Century Arms BFT47 7.62x39mm rifle
- 5 Century Arms VSKA 7.62x39mm rifles
- 4 Pioneer Arms Hellpup 7.62x39mm pistols
- Pioneer Arms Sporter 7.62x39mm rifle
- Zastava ZPAP M70 7.62x39mm rifle
- 25 Palmetto State Armory PSAK47 7.62x39mm rifles
- 41 Palmetto State Armory PA-15 multi-caliber receivers
- 2 Romarm/CUGIR Micro Draco 7.62x39mm pistols
- Colt Carbine 5.56x45mm rifle
- 2 Colt M4 Carbine 5.56x45mm rifles
- Smith & Wesson M&P15 5.56x45mm rifle
- 2 Keltec PMR30 .22 pistols
- 7 FMK Firearms 9C1 Gen 2 9mm pistols
- 2 Masterpiece Arms MPA30T 9mm pistols
- 3 TISAS Zigana PX-9 9mm pistols
- Wise Lite Arms RPD 7.62x39mm rifle
- Barrett 82A1. 50BMG rifle
- Century Arms Draco 7.62x39mm pistol

### The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase and acquire firearms within the District of Arizona.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would provide the funds and directions for the firearm purchases to the defendants and/or co-conspirators who purchased the firearms and provide monetary compensation for the firearm purchases.

1    It was a further part of the conspiracy that certain defendants and/or their co-
2    conspirators would transfer the firearms purchased to other defendants and/or co-
3    conspirators within the District of Arizona.

4    It was a further part of the conspiracy that the defendants and/or their co-
5    conspirators would purchase and transfer the firearms with the knowledge that the firearms
6    were intended to ultimately be transported from the United States into the Republic of
7    Mexico.

8    It was a further part of the conspiracy that certain defendants and/or their co-
9    conspirators would transport the firearms from the United States into the Republic of
10   Mexico.

11   It was a further part of the conspiracy that the defendants and/or their co-
12   conspirators did not have any valid license or other authority to export the firearms from
13   the United States into the Republic of Mexico.

14                              **Overt Acts**

15   In furtherance of the conspiracy, one or more of the co-conspirators committed,
16   or caused to be committed, the overt acts described below:

17   On or about December 14, 2021, an individual purchased eight Palmetto State
18   Armory PA-15 multi-caliber receivers and a Palmetto State Armory PSAK47 7.62x39mm
19   rifle from a federally licensed firearms dealer in the District of Arizona.   DANIEL
20   CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO
21   the directions and funds to purchase the firearms.  JULIAN CANASTILLO then provided
22   TIMOTHY SCOTT WALTERMIRE, JR., with the directions and funds to purchase the
23   firearms, and TIMOTHY SCOTT WALTERMIRE, JR., provided these directions and
24   funds to the individual who purchased the firearms.  The individual transferred the firearms
25   to TIMOTHY SCOTT WALTERMIRE, JR., after he acquired them, who then transferred
26   the firearms to JULIAN CANASTILLO.   JULIAN CANASTILLO or another co-
27   conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of
28   DANIEL CANASTILLO-MOLINA.

1      On or about December 28, 2021, an individual purchased four Palmetto State
2    Armory PSAK47 7.62x39mm rifles, five Palmetto State Armory PA-15 multi-caliber
3    receivers, four FMK Firearms 9C1 Gen 2 9mm pistols, and a Pioneer Arms Hellpup
4    7.62x39mm pistol from a federally licensed firearms dealer in the District of Arizona.
5    DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN
6    CANASTILLO the directions and funds to purchase the firearms.   JULIAN
7    CANASTILLO then provided TIMOTHY SCOTT WALTERMIRE, JR., with the
8    directions and funds to purchase the firearms, and TIMOTHY SCOTT WALTERMIRE,
9    JR., provided these directions and funds to the individual who purchased the firearms. The
10   individual transferred the firearms to TIMOTHY SCOTT WALTERMIRE, JR., after he
11   acquired them, who then transferred the firearms to JULIAN CANASTILLO.   JULIAN
12   CANASTILLO or another co-conspirator transported the firearms from Arizona to the
13   Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.  On or about March
14   1, 2022, four of the Palmetto State Armory PSAK47 7.62x39mm rifles, all four FMK
15   Firearms 9C1 Gen 2 9mm pistols, and the Pioneer Arms Hellpup 7.62x39mm pistol were
16   recovered in the Republic of Mexico.

17      On or about December 30, 2021, an individual purchased a Pioneer Arms
18   Hellpup 7.62x39mm pistol from a federally licensed firearms dealer in the District of
19   Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN
20   CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO
21   then provided TIMOTHY SCOTT WALTERMIRE, JR., with the directions and funds to
22   purchase the firearm, and TIMOTHY SCOTT WALTERMIRE, JR., provided these
23   directions and funds to the individual who purchased the firearm.   The individual
24   transferred the firearm to TIMOTHY SCOTT WALTERMIRE, JR., after he acquired it,
25   who then transferred the firearm to JULIAN CANASTILLO. JULIAN CANASTILLO or
26   another co-conspirator transported the firearm from Arizona to the Republic of Mexico on
27   behalf of DANIEL CANASTILLO-MOLINA.  On or about March 1, 2022, the Pioneer
28   Arms Hellpup 7.62x39mm pistol was recovered in the Republic of Mexico.

On or about January 12, 2022, an individual purchased six Palmetto State Armory PSAK47 7.62x39mm rifles and three FMK Firearms 9C1 Gen 2 9mm pistols from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided TIMOTHY SCOTT WALTERMIRE, JR., with the directions and funds to purchase the firearms, and TIMOTHY SCOTT WALTERMIRE, JR., provided these directions and funds to the individual who purchased the firearms. The individual transferred the firearms to TIMOTHY SCOTT WALTERMIRE, JR., after he acquired them, who then transferred the firearms to JULIAN CANASTILLO. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA. On or about March 1, 2022, five of the Palmetto State Armory PSAK47 7.62x39mm rifles and one of the FMK Firearms 9C1 Gen 2 9mm pistols were recovered in the Republic of Mexico.

On or about January 18, 2022, NICHOLAS MERAZ purchased a Glock 17Gen5 9mm pistol, a Glock 19X 9mm pistol, and a Glock 45 9mm pistol from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided NICHOLAS MERAZ with the directions and funds to purchase the firearms, and NICHOLAS MERAZ transferred the firearms to JULIAN CANASTILLO or another co-conspirator after he acquired them. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about January 19, 2022, an individual purchased three Palmetto State Armory PSAK47 7.62x39mm rifles, two Masterpiece Arms MPA30T 9mm pistols, a TISAS Zigana PX-9 9mm pistol, and eight Palmetto State Armory PA-15 multi-caliber receivers from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO

the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided TIMOTHY SCOTT WALTERMIRE, JR., with the directions and funds to purchase the firearms, and TIMOTHY SCOTT WALTERMIRE, JR., provided these directions and funds to the individual who purchased the firearms. The individual transferred the firearms to TIMOTHY SCOTT WALTERMIRE, JR., after he acquired them, who then transferred the firearms to JULIAN CANASTILLO. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA. On or about August 10, 2022, one of the Palmetto State Armory PA-15 multi-caliber receivers was recovered in the Republic of Mexico.

On or about January 24, 2022, OMAR TRUJILLO, JR., purchased a Glock 17Gen5 9mm pistol and a Kalashnikov USA KR103 7.62x39mm rifle from a federally licensed firearms dealer in the District of Arizona. Also on January 24, 2022, NICHOLAS MERAZ purchased a Romarm/CUGIR Micro Draco 7.62x39mm pistol and a Colt M4 Carbine 5.56x45mm rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., and NICHOLAS MERAZ each with the directions and funds to purchase the firearms, and OMAR TRUJILLO, JR., and NICHOLAS MERAZ each transferred the firearms he purchased to JULIAN CANASTILLO or another co-conspirator after he acquired them. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about January 28, 2022, an individual purchased ten Palmetto State Armory PSAK47 7.62x39mm rifles, two TISAS Zigana PX-9 9mm pistols, and seven Palmetto State Armory PA-15 multi-caliber receivers from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided TIMOTHY SCOTT WALTERMIRE,

JR., with the directions and funds to purchase the firearms, and TIMOTHY SCOTT WALTERMIRE, JR., provided these directions and funds to the individual who purchased the firearms.   The individual transferred the firearms to TIMOTHY SCOTT WALTERMIRE, JR., after he acquired them, who then transferred the firearms to JULIAN CANASTILLO.   JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.   On or about September 9, 2022, one of the Palmetto State Armory PSAK47 7.62x39mm rifles was recovered in the Republic of Mexico.

On or about February 3, 2022, NICHOLAS MERAZ purchased a Glock 17Gen5 9mm pistol and a Colt M4 Carbine 5.56x45mm rifle from a federally licensed firearms dealer in the District of Arizona, and a Century Arms VSKA 7.62x39mm rifle from another federally licensed firearms dealer in the District of Arizona.   DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms.   JULIAN CANASTILLO then provided NICHOLAS MERAZ with the directions and funds to purchase the firearms, and NICHOLAS MERAZ transferred the firearms to JULIAN CANASTILLO or another co-conspirator after he acquired them.   JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about February 7, 2022, an individual purchased three Glock 19 9mm pistols and thirteen Palmetto State Armory PA-15 multi-caliber receivers from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms.   JULIAN CANASTILLO then provided TIMOTHY SCOTT WALTERMIRE, JR., with the directions and funds to purchase the firearms, and TIMOTHY SCOTT WALTERMIRE, JR., provided these directions and funds to the individual who purchased the firearms.   The individual transferred the firearms to TIMOTHY SCOTT WALTERMIRE, JR., after he acquired them, who then transferred the

firearms to JULIAN CANASTILLO. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about March 10, 2022, OMAR TRUJILLO, JR., purchased a Glock 45 9mm pistol and a Century Arms BFT47 7.62x39mm rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the firearm, and OMAR TRUJILLO, JR., transferred the firearm to JULIAN CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or another co-conspirator transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about March 11, 2022, OMAR TRUJILLO, JR., purchased a Glock 17Gen4 9mm pistol from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the firearm, and OMAR TRUJILLO, JR., transferred the firearm to JULIAN CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or another co-conspirator transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about March 15, 2022, OMAR TRUJILLO, JR., purchased a Zastava ZPAP M70 7.62x39mm rifle and a Pioneer Arms Hellpup 7.62x39mm pistol from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the firearms, and OMAR TRUJILLO, JR., transferred the firearms to JULIAN CANASTILLO or another co-

1    conspirator after he acquired them.  JULIAN CANASTILLO or another co-conspirator
2    transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL
3    CANASTILLO-MOLINA.   On or about May 12, 2022, the Zastava ZPAP M70
4    7.62x39mm rifle was recovered in the Republic of Mexico.

5            On or about March 18, 2022, NICHOLAS MERAZ purchased a Glock 17Gen5
6    9mm pistol from a federally licensed firearms dealer in the District of Arizona.  DANIEL
7    CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO
8    the directions and funds to purchase the firearm.  JULIAN CANASTILLO then provided
9    NICHOLAS MERAZ with the directions and funds to purchase the firearm, and
10   NICHOLAS MERAZ transferred the firearm to JULIAN CANASTILLO or another co-
11   conspirator after he acquired it.   JULIAN CANASTILLO or another co-conspirator
12   transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL
13   CANASTILLO-MOLINA.

14           On or about March 24, 2022, OMAR TRUJILLO, JR., purchased a Palmetto
15   State Armory PSAK47 7.62x39mm rifle and a Romarm/CUGIR Micro Draco 7.62x39mm
16   pistol from a federally licensed firearms dealer in the District of Arizona.  DANIEL
17   CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO
18   the directions and funds to purchase the firearms.  JULIAN CANASTILLO then provided
19   OMAR TRUJILLO, JR., with the directions and funds to purchase the firearms, and
20   OMAR TRUJILLO, JR., transferred the firearms to JULIAN CANASTILLO or another
21   co-conspirator after he acquired them.  JULIAN CANASTILLO or another co-conspirator
22   transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL
23   CANASTILLO-MOLINA.

24           On or about March 25, 2022, OMAR TRUJILLO, JR., purchased a Century
25   Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in the District of
26   Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN
27   CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO
28   then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the

firearm, and OMAR TRUJILLO, JR., transferred the firearm to JULIAN CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or another co-conspirator transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about March 30, 2022, OMAR TRUJILLO, JR., purchased a Colt Carbine 5.56x45mm rifle and a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the firearms, and OMAR TRUJILLO, JR., transferred the firearms to JULIAN CANASTILLO or another co-conspirator after he acquired them. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about April 2, 2022, an individual purchased a Wise Lite Arms RPD 7.62x39mm rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO then provided the individual with the directions and funds to purchase the firearm, and the individual transferred the firearm to JULIAN CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or another co-conspirator transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about April 4, 2022, an individual purchased a Barrett 82A1. 50BMG rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO then provided the individual with the directions and funds to purchase the firearm, and the individual transferred the firearm to JULIAN CANASTILLO after he acquired it. JULIAN

CANASTILLO or another co-conspirator transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about April 7, 2022, OMAR TRUJILLO, JR., purchased an FN M249S 5.56x45mm rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the firearm, and OMAR TRUJILLO, JR., transferred the firearm to JULIAN CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or another co-conspirator transported the firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about April 11, 2022, NICHOLAS MERAZ purchased an FN M249S 5.56x45mm rifle from a federally licensed firearms dealer in the District of Arizona. Also on or about April 11, 2022, another individual purchased another FN M249S 5.56x45mm rifle from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided NICHOLAS MERAZ and the other individual each with the directions and funds to purchase the firearms, and NICHOLAS MERAZ and the other individual each transferred the firearm he purchased to JULIAN CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

On or about April 18, 2022, OMAR TRUJILLO, JR., purchased a Glock 19X 9mm pistol and two Century Arms VSKA 7.62x39mm rifles from a federally licensed firearms dealer in the District of Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN CANASTILLO the directions and funds to purchase the firearms. JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the firearms, and OMAR TRUJILLO, JR., transferred the

1   firearms to JULIAN CANASTILLO or another co-conspirator after he acquired them.
2   JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona
3   to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

4          On or about April 24, 2022, NICHOLAS MERAZ purchased a Glock 17 9mm
5   pistol and a Glock 45 9mm pistol from a federally licensed firearms dealer in the District
6   of Arizona.   DANIEL CANASTILLO-MOLINA or another co-conspirator provided
7   JULIAN CANASTILLO the directions and funds to purchase the firearms.   JULIAN
8   CANASTILLO then provided NICHOLAS MERAZ with the directions and funds to
9   purchase the firearms, and NICHOLAS MERAZ transferred the firearms to JULIAN
10   CANASTILLO or another co-conspirator after he acquired them.   JULIAN
11   CANASTILLO or another co-conspirator transported the firearms from Arizona to the
12   Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

13          On or about April 28, 2022, CARLOS MARTINEZ purchased a Glock 19 9mm
14   pistol and an FN SCAR17S 7.62x51mm rifle from two separate federally licensed firearms
15   dealers in the District of Arizona.   DANIEL CANASTILLO-MOLINA or another co-
16   conspirator provided JULIAN CANASTILLO the directions and funds to purchase the
17   firearms.   JULIAN CANASTILLO then provided OMAR TRUJILLO, JR., with the
18   directions and funds to purchase the firearms, and OMAR TRUJILLO, JR., provided the
19   directions and funds to CARLOS MARTINEZ. CARLOS MARTINEZ transferred the
20   firearms to OMAR TRUJILLO, JR., after he acquired them, and OMAR TRUJILLO, JR.,
21   then transferred the firearms to JULIAN CANASTILLO or another co-conspirator.
22   JULIAN CANASTILLO or another co-conspirator transported the firearms from Arizona
23   to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

24          On or about April 30, 2022, OMAR TRUJILLO, JR., purchased a Glock 19X
25   9mm pistol, a Keltec PMR30 .22 pistol, and a Century Arms Draco 7.62x39mm pistol from
26   a federally licensed firearms dealer in the District of Arizona, and a Pioneer Arms Sporter
27   7.62x39mm rifle and a Smith & Wesson M&P15 5.56x45mm rifle from another federally
28   licensed firearms dealer in the District of Arizona.   Also on or about April 30, 2022,

1   NICHOLAS MERAZ purchased a Pioneer Arms Hellpup 7.62x39mm pistol and a Keltec
2   PMR30 .22 pistol from a federally licensed firearms dealer in the District of Arizona.
3   DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN
4   CANASTILLO the directions and funds to purchase the firearms.   JULIAN
5   CANASTILLO then provided OMAR TRUJILLO, JR., and NICHOLAS MERAZ each
6   with the directions and funds to purchase the firearms, and OMAR TRUJILLO, JR., and
7   NICHOLAS MERAZ each transferred the firearm he purchased to JULIAN
8   CANASTILLO or another co-conspirator after he acquired it. JULIAN CANASTILLO or
9   another co-conspirator transported the firearms from Arizona to the Republic of Mexico
10  on behalf of DANIEL CANASTILLO-MOLINA.

11            On or about May 2, 2022, CARLOS MARTINEZ purchased an Ohio Ordnance
12  Works M240SLR .308 rifle from a federally licensed firearms dealer in the District of
13  Arizona. DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN
14  CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO
15  then provided OMAR TRUJILLO, JR., with the directions and funds to purchase the
16  firearm, and OMAR TRUJILLO, JR., provided the directions and funds to CARLOS
17  MARTINEZ. CARLOS MARTINEZ transferred the firearm to OMAR TRUJILLO, JR.,
18  after he acquired it. OMAR TRUJILLO, JR., intended to transfer the firearm to JULIAN
19  CANASTILLO or another co-conspirator, who would subsequently transport the firearm
20  from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-MOLINA.

21            On or about May 4, 2022, an individual purchased an Ohio Ordnance Works
22  M240SLR .308 rifle from a federally licensed firearms dealer in the District of Arizona.
23  DANIEL CANASTILLO-MOLINA or another co-conspirator provided JULIAN
24  CANASTILLO the directions and funds to purchase the firearm. JULIAN CANASTILLO
25  then provided the individual with the directions and funds to purchase the firearm, and the
26  individual transferred the firearm to JULIAN CANASTILLO or another co-conspirator
27  after he acquired it.  JULIAN CANASTILLO or another co-conspirator transported the
28

1    firearm from Arizona to the Republic of Mexico on behalf of DANIEL CANASTILLO-

2    MOLINA.

3          All of the aforementioned firearms qualify as United States Commerce Control

4    List items, and therefore are prohibited by law for export from the United States into

5    Mexico without a valid license.  None of the aforementioned defendants or their co-

6    conspirators had a license or any other lawful authority to export the firearms from the

7    United States into Mexico.

8          All in violation of Title 18, United States Code, Section 371.

9                    **COUNT 2**

10         Between on or about December 28, 2021, and March 1, 2022, in the District of

11    Arizona, Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, and

12    TIMOTHY SCOTT WALTERMIRE, JR., knowingly and fraudulently exported and sent

13    from the United States any merchandise, article, or object contrary to any law or regulation

14    of the United States, and received, concealed, bought, sold, and in any manner facilitated

15    the transportation, concealment, and sale of such merchandise, article or object, that is:

16    four FMK Firearms 9C1 Gen 2 9mm pistols, four Palmetto State Armory PSAK47

17    7.62x39mm rifles, and a Pioneer Arms Hellpup 7.62x39mm pistol; knowing the same to

18    be intended for exportation contrary to any law or regulation of the United States, to wit:

19    Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations,

20    Parts 736.2, 738, and 774.

21          In violation of Title 18, United States Code, Section 554(a).

22                    **COUNT 3**

23         Between on or about December 30, 2021, and March 1, 2022, in the District of

24    Arizona, Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, and

25    TIMOTHY SCOTT WALTERMIRE, JR., knowingly and fraudulently exported and sent

26    from the United States any merchandise, article, or object contrary to any law or regulation

27    of the United States, and received, concealed, bought, sold, and in any manner facilitated

28    the transportation, concealment, and sale of such merchandise, article or object, that is: a

Pioneer Arms Hellpup 7.62x39mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 4

Between on or about January 12, 2022, and March 1, 2022, in the District of Arizona, Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, and TIMOTHY SCOTT WALTERMIRE, JR., knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: five Palmetto State Armory PSAK47 7.62x39mm rifles and an FMK Firearms 9C1 Gen 2 9mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 5

Between on or about January 19, 2022, and August 10, 2022, in the District of Arizona, Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, and TIMOTHY SCOTT WALTERMIRE, JR., knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Palmetto State Armory PA-15 multi caliber receiver; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

1

**COUNT 6**

2       Between on or about January 28, 2022, and September 9, 2022, in the District of

3  Arizona, Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, and

4  TIMOTHY SCOTT WALTERMIRE, JR., knowingly and fraudulently exported and sent

5  from the United States any merchandise, article, or object contrary to any law or regulation

6  of the United States, and received, concealed, bought, sold, and in any manner facilitated

7  the transportation, concealment, and sale of such merchandise, article or object, that is: a

8  Palmetto State Armory PSAK47 7.62x39mm rifle; knowing the same to be intended for

9  exportation contrary to any law or regulation of the United States, to wit: Title 50, United

10 States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738,

11 and 774.

12      In violation of Title 18, United States Code, Section 554(a).

13

**COUNT 7**

14      Between on or about March 15, 2022, and May 12, 2022, in the District of Arizona,

15 Defendants JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, and OMAR

16 TRUJILLO, JR., knowingly and fraudulently exported and sent from the United States any

17 merchandise, article, or object contrary to any law or regulation of the United States, and

18 received, concealed, bought, sold, and in any manner facilitated the transportation,

19 concealment, and sale of such merchandise, article or object, that is: a Zastava ZPAP M70

20 7.62x39mm rifle; knowing the same to be intended for exportation contrary to any law or

21 regulation of the United States, to wit: Title 50, United States Code, Section 4819; and

22 Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

23      In violation of Title 18, United States Code, Section 554(a).

24

**COUNTS 8 - 10**

25      On or about the dates listed below, in the District of Arizona, Defendants CARLOS

26 MARTINEZ, OMAR TRUJILLO, JR., and JULIAN CANASTILLO knowingly made

27 false statements and representations in connection with the acquisition of firearms to the

28 businesses listed below, which were intended and likely to deceive the businesses as to a

fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CARLOS MARTINEZ stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendants OMAR TRUJILLO, JR. and JULIAN CANASTILLO; and Defendants OMAR TRUJILLO, JR., and JULIAN CANASTILLO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|-------|------|-----|----------|
| 8 | 04/28/2022 | Liberty Pawn Shop | Glock 19 9mm pistol |
| 9 | 04/28/2022 | Turner's Outdoorsman | FN SCAR17S 7.62x51mm rifle |
| 10 | 04/30/2022 | Turner's Outdoorsman | Ohio Ordnance Works M240SLR .308 rifle |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 11 - 21

On or about the dates listed below, in the District of Arizona, Defendants OMAR TRUJILLO, JR., and JULIAN CANASTILLO knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant OMAR TRUJILLO, JR., stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant JULIAN CANASTILLO; and Defendant JULIAN CANASTILLO, aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 11 | 01/24/2022 | Turner's Outdoorsman | Glock 17Gen5 9mm pistol<br>Kalashnikov USA KR103 7.62x39mm rifle |
| 12 | 03/10/2022 | Disruptive Tactical | Century Arms BFT47 7.62x39mm rifle<br>Glock 45 9mm pistol |
| 13 | 03/11/2022 | Liberty Pawn Shop | Glock 17Gen4 9mm pistol |
| 14 | 03/15/2022 | SNG Tactical | Pioneer Arms Hellpup 7.62x39mm pistol<br>Zastava ZPAP M70 7.62x39mm rifle |
| 15 | 03/24/2022 | CityWide Supply LLC | Palmetto State Armory PSAK47 7.62x39mm rifle<br>Romarm/CUGIR Micro Draco 7.62x39mm pistol |
| 16 | 03/25/2022 | SNG Tactical | Century Arms VSKA 7.62x39mm rifle |
| 17 | 03/30/2022 | Liberty Pawn Shop | Century Arms VSKA 7.62x39mm rifle<br>Colt Carbine 5.56x45mm rifle |
| 18 | 04/07/2022 | Turner's Outdoorsman | FN M249S 5.56x45mm rifle |
| 19 | 04/18/2022 | SNG Tactical | 2 Century Arms VSKA 7.62x39mm rifles<br>Glock 19X 9mm pistol |
| 20 | 04/30/2022 | Arizona Arms Sales LLC | Smith&Wesson M&P15 5.56x45mm rifle<br>Pioneer Arms Sporter 7.62x39mm rifle |
| 21 | 04/30/2022 | Refiners Firearms LLC | Keltec PMR30 .22 pistol<br>Glock 19X 9mm pistol<br>Century Arms Draco 7.62x39mm pistol |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 22 - 29

On or about the dates listed below, in the District of Arizona, Defendants NICOLAS MERAZ and JULIAN CANASTILLO knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant NICOLAS MERAZ stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant JULIAN CANASTILLO; and Defendant

JULIAN CANASTILLO, aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|-------|------|-----|----------|
| 22 | 01/18/2022 | SNG Tactical | Glock 17Gen5 9mm pistol<br>Glock 19X 9mm pistol<br>Glock 45 9mm pistol |
| 23 | 01/24/2022 | Turner's Outdoorsman | Colt M4 Carbine 5.56x45mm rifle<br>Romarm/CUGIR Micro Draco 7.62x39mm pistol |
| 24 | 02/03/2022 | Turner's Outdoorsman | Colt M4 Carbine 5.56x45mm rifle<br>Glock 17Gen5 9mm pistol |
| 25 | 02/03/2022 | Disruptive Tactical | Century Arms VSKA 7.62x39mm rifle |
| 26 | 03/18/2022 | SNG Tactical | Glock 17Gen5 9mm pistol |
| 27 | 04/11/2022 | Turner's Outdoorsman | FN M249S 5.56x45mm rifle |
| 28 | 04/24/2022 | Arizona State Armory | Glock 45 9mm pistol<br>Glock 17 9mm pistol |
| 29 | 04/30/2022 | Shootmeup | Pioneer Arms Hellpup 7.62x39mm pistol<br>Keltec PMR30 .22 pistol |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 30 - 34

On or about the dates listed below, in the District of Arizona, Defendants TYLOR CODY JOINER and TIMOTHY SCOTT WALTERMIRE, JR., knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant TYLOR CODY JOINER stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant TIMOTHY SCOTT WALTERMIRE, JR.; and Defendant TIMOTHY SCOTT WALTERMIRE, JR., aided,

abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|-------|------|-----|----------|
| 30 | 12/28/2021 | Catalina Pawn | 4 FMK Firearms 9C1 Gen 2 9mm pistols<br>Pioneer Arms Hellpup 7.62x39mm pistol<br>4 Palmetto State Armory PSAK47 7.62x39mm rifles<br>5 Palmetto State Armory PA-15 multi-caliber receivers |
| 31 | 01/12/2022 | Catalina Pawn | 6 Palmetto State Armory PSAK47 7.62x39mm rifles<br>3 FMK Firearms 9C1 Gen 2 9mm pistols |
| 32 | 01/19/2022 | Catalina Pawn | 2 Masterpiece Arms MPA30T 9mm pistols<br>TISAS Zigana PX-9 9mm pistol<br>3 Palmetto State Armory PSAK47 7.62x39mm rifles<br>8 Palmetto State Armory PA-15 multi-caliber receivers |
| 33 | 01/28/2022 | Catalina Pawn | 10 Palmetto State Armory PSAK47 7.62x39mm rifles<br>2 TISAS Zigana PX-9 9mm pistols<br>2 Nova Modul NAK9 9mm pistols<br>7 Palmetto State Armory PA-15 multi-caliber receivers |
| 34 | 02/07/2022 | Catalina Pawn | Taurus 856 .38 special revolver<br>Sig Sauer P320 9mm pistol<br>3 Glock 19 9mm pistols<br>13 Palmetto State Armory PA-15 multi-caliber receivers |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 35 - 44

On or about the dates listed below, in the District of Arizona, Defendants ROY GLEN CLINE III and TIMOTHY SCOTT WALTERMIRE, JR., knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ROY GLEN CLINE III stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant TIMOTHY SCOTT WALTERMIRE, JR.; and Defendant TIMOTHY SCOTT WALTERMIRE, JR., aided,

abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 35 | 10/29/2021 | Catalina Pawn | Ruger 22 Charger .22 pistol |
| 36 | 11/02/2021 | Catalina Pawn | 15 Palmetto State Armory PA-15 multi-caliber receivers<br>UMBE 1032 10 gauge shotgun |
| 37 | 11/22/2021 | Catalina Pawn | 7 Palmetto State Armory PA-15 multi-caliber receivers<br>4 Palmetto State Armory G3-lo multi-caliber receivers |
| 38 | 11/30/2021 | Catalina Pawn | Rockisland 206 .38 Special revolver |
| 39 | 12/01/2021 | Catalina Pawn | Henry Golden boy/NVM .22LR rifle<br>Taurus 1911 .45ACP pistol |
| 40 | 12/02/2021 | Catalina Pawn | 10 Palmetto State Armory PA-15 multi-caliber receivers<br>2 Palmetto State Armory G3-lo multi-caliber receivers |
| 41 | 12/14/2021 | Catalina Pawn | 8 Palmetto State Armory PA15 multi-caliber receivers<br>Palmetto State Armory PSAK47 multi-caliber receiver |
| 42 | 12/22/2021 | Catalina Pawn | Ruger NM Blackhawk .357mag pistol |
| 43 | 12/30/2021 | Catalina Pawn | Pioneer Arms Hellpup 7.62x39mm pistol<br>Ruger Mini-14 5.56x45mm rifle |
| 44 | 01/20/2022 | Catalina Pawn | Heritage Roughrider .22LR revolver |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 45 - 48

On or about the dates listed below, in the District of Arizona, Defendants COREY CREASIA, JULIAN CANASTILLO, and DANIEL CANASTILLO-MOLINA knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to

be kept in the records of each listed business, in that Defendant COREY CREASIA stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendants JULIAN CANASTILLO and DANIEL CANASTILLO-MOLINA; and Defendants JULIAN CANASTILLO and DANIEL CANASTILLO-MOLINA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 45 | 04/02/2022 | Murray's Firearms and Ammunition | Wise Lite Arms RPD 7.62x39mm rifle |
| 46 | 04/04/2022 | First Line of Defense | Barrett 82A1. 50BMG rifle |
| 47 | 04/11/2022 | Turner's Outdoorsman | FN M249S 5.56mm rifle |
| 48 | 05/04/2022 | First Line of Defense | Ohio Ordnance Works M240SLR .308 rifle |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

### COUNT 49

Between on or about March of 2019 and on or about May of 2022, in the District of Arizona, Defendant TIMOTHY SCOTT WALTERMIRE, JR., not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

### COUNT 50

On or about April 5, 2022, in the District of Arizona, Defendant JULIAN CANASTILLO, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Barrett model 82A1 .50 caliber rifle; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 51**

On or about April 30, 2022, in the District of Arizona, Defendant DIEGO REY GONZALEZ did sell and otherwise dispose firearms, that is, two Pioneer Arms Sporter 7.62x39mm rifles, to Julian Canastillo, knowing and having reason to know that Julian Canastillo had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of Counts One through Fifty-One of this Indictment, the defendants, JULIAN CANASTILLO, DANIEL CANASTILLO-MOLINA, OMAR TRUJILLO, JR., CARLOS MARTINEZ, NICOLAS MERAZ, TIMOTHY SCOTT WALTERMIRE, JR., TYLOR CODY JOINER, ROY GLEN CLINE III, COREY CREASIA, and DIEGO REY GONZALEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms/Receivers | Serial Number(s) |
|---|---|
| Glock 19, 9mm caliber Pistol | BDLN847 |
| FN SCAR17S, 7.62 x51mm rifle | H1C14149 |
| Ohio Ordnance Works M240SLR .380 rifle | 240734 |
| Glock 17 Gen 5 9mm pistol | BSWH415 |
| Kalashnikov USA KR103 7.62x39mm rifle | K3R0004134 |
| Century Arms BFT47 7.62x39mm rifle | BFT47001515 |
| Glock 45 9mm pistol | BWDN786 |
| Glock 17 Gen4 9mm pistol | BCPT812 |
| Pioneer Arms Hellpup 7.62x39mm pistol | PAC1170143 |
| Zastava ZPAP M70 7.62x39mm rifle | Z70-119924 |
| Palmetto State Armory PSAK47 7.62x39mm rifle | AKB059605 |
| Romarm/Cugir Micro Draco 7.62x39mm pistol | ROA22PMD-30087 |
| Century Arms VSKA 7.62x39mm rifle | SV7P007535 |
| Century Arms VSKA 7.62x39mm rifle | SV7107888 |

| | |
|---|---|
| Colt Carbine 5.56x45mm rifle | CR082902 |
| FN, M249S 5.56x45mm rifle | M249SA02406 |
| Century Arms VSKA 7.62x39mm rifle | SV7113669 |
| Century Arms VSKA 7.62x39mm rifle | SV7116793 |
| Glock 19X 9mm pistol | BWSY473 |
| Smith & Wesson M&P15 5.56x45mm rifle | TS89297 |
| Pioneer Arms Sporter 7.62x39mm rifle | PAC169483 |
| Keltec PMR30 .22 pistol | WYD412 |
| Glock 19X 9mm pistol | BWG2430 |
| Century Arms Draco 7.62x39mm pistol | SV7P008074 |
| Glock 17Gen5 9mm pistol | BVGE302 |
| Glock 19X 9mm pistol | BVHZ284 |
| Glock 45 9mm pistol | BUEY467 |
| Colt M4 Carbine 5.56x45mm rifle | CR802104 |
| Romarm/Cugir Micro Draco 7.62x39mm pistol | Z1PMD-27128 |
| Colt M4 Carbine 5.56x45mm rifle | CR714915 |
| Glock 17Gen5 9mm pistol | ABPV835 |
| Century Arms VSKA 7.62x39mm rifle | SV7072962 |
| Glock 17Gen5 9mm pistol | BVSY452 |
| FN M249S 5.56x45mm rifle | M249SA02328 |
| Glock 45 9mm pistol | BWVL185 |
| Glock 17 9mm pistol | ACYR898US |
| Pioneer Arms Hellpup 7.62x39mm pistol | APC1165015 |
| Keltec PMR 30 .22 pistol | WY5Y61 |
| (4) FMK Firearms 9C1 Gen 2 9mm pistols | SBD4910/ BD4911/ BTT3003/ BTT3033 |
| Pioneer Arms Hellpup 7.62x39mm pistol | PAC1164226 |
| (4) Palmetto State Armory PSAK47 7.62x39 rifles | AKB053785/AKB054807/ AKB055009/ AKB055041 |
| (5) Palmetto State Armory PA-15 multi-caliber receivers | SCB121760/ SCB121768/ SCD785523/ SCD785755/ SCD786172 |
| (6) Palmetto State Armory PSAK47 7.62x39mm rifles | AKB053830/ KB053559/ AKB054720/ KB053228/ AKB053828/ AKB053850 |
| (3) FMK Firearms 9C1 Gen 2 9mm pistols | SBD4900/ BGG6720/ BGG6717 |

| | |
|---|---|
| (2) Masterpiece Arms MPA30T 9mm pistols | FX32141 / FX32140 |
| Tisas Zigana PX-9 9mm pistol | T062021BM23325 |
| (3) Palmetto State Armory PSAK47 7.62x 39mm rifles | AKB054060/ KB053171/ AKB054739 |
| (8) Palmetto State Armory PA-15 multi-caliber receivers | SCB925657/ SCB927276/ SCB925633/ SCB927272/ SCB925674/ SCB927271/ SCB925654/ SCB925663 |
| (10) Palmetto State Armory PSAK47 7.62x39mm rifles | AKB060454/ KB059477/ AKB061021/ KB060446/ AKB054229/ KB059662/ AKB054261/ KB053106/ AKB053103/ AKB060444 |
| (2) TISAS Zigana PX-9 9mm pistols | T062021BM38760 T062021BM23554 |
| (2) Nova Modul NAK9 9mm pistols | RON2163514/RON2164097 |
| (7) Palmetto State Armory PA-15 multi-caliber receivers | SCD311345/ SCD791165/ SCD311341/ SCB930554/ SCD789745/ SCB928131/ SCB928118 |
| Taurus 856 .38 special revolver | ACM686864 |
| Sig Sauer P320 9mm pistol | 58K114125 |
| (3) Glock 19, 9mm pistols | BVHB616 / BVHB615/ BVHB618 |
| (13) Palmetto State Armory PA-15 multi-caliber receivers | SCB928199/ SCB928163/ SCB928183/ SCB931649/ SCB928124/ SCB928121/ SCB928122/ SCB928111/ SCB931650/ SCB391652/ SCB928169/ SCB931646/ SCB931651 |
| Ruger 22 Charger .22 pistol | 492-17896 |
| (15) Palmetto State Armory PA-15 multi-caliber receivers | SCD204077/ SCB912947/ SCB777364/ SCB912934/ SCD777916/ SCB119421/ SCD416742/ SCD416744/ SCD172068/ SCB912945/ SCB912940/ SCD416743/ SCD777917/ SCB119392/ SCB119427 |

| | |
|---|---|
| UMBE 1032 10 gauge shotgun | 7284 |
| (7) Palmetto State Armory PA-15 multi-caliber receivers | SCD779091/ SCB917641/ SCB917629/ SCB917639/ SCB917620/ SCD779102/ SCD779084 |
| (4) Palmetto State Armory G3-lo multi-caliber receivers | G347831/ G348111/ G348038/ G348108 |
| Rockisland 206 .38 special pistol | RIA2212377 |
| Henry Golden boy/NVM .22LR rifle | GB236133 |
| Taurus 1911 .45ACP pistol | ACE946496 |
| (10) Palmetto State Armory PA-15 multi-caliber receivers | SCD782430/ SCD782424/ SCD782422/ SCB18404/ SCD782419/ SCB918448/ SCB918434/ SCB918441/ SCD782439/ SCB918433 |
| (2) Palmetto State Armory SA G3-lo multi-caliber receivers | G348795/ G348815 |
| (8) Palmetto State Armory PA-15 multi-caliber receivers | SCB200358/ SCD209029/ SCB908730/ SCB200355/ SCD209027/ SCB908669/ SCB908670/ SCB920637 |
| Palmetto State Armory PSAK47 multi-caliber receiver | AKB056739 |
| Ruger NM Blackhawk .357 mag pistol | 37-40502 |
| Pioneer Arms Hellpup 7.62x39mm pistol | PAC1164619 |
| Ruger Mini-14 5.56x45mm rifle | 584-65462 |
| Heritage Roughrider .22LR revolver | 3PH046728 |
| Wise Lite Arms RPD 7.62x39mm rifle | WLA212D00233 |
| Barrett 82A1 .50BMG rifle | AA011543 |
| FN M249S 5.56x45mm rifle | M2495A02402 |
| Ohio Ordnance Works M240SLR .380 rifle | 240690 |
| Glock 17 9mm pistol | BTES667 |
| Harrington and Richardson 904 .22 caliber Revolver | AY096261 |
| Springfield Armory 1911 .45 caliber pistol | NM669217 |
| Taurus TH9 9mm pistol | ACG023451 |
| Taurus PT24/7 G2C 9mm pistol | NHS59845 |
| Mossberg 500 12-gauge shotgun | T589736 |
| Palmetto State Armory PA-15 multi-cal pistol | SCB936021 |
| Ruger American .65 caliber rifle | 690260986 |

| SCCY Industries CPX-1 9mm pistol | C156914 |
| Umarex Sportwaffen GMBH&Co. R1 .22 caliber rifle | HA030679 |
| Francolin Intl. Arms Citadel Boss-25 shotgun | 21-49074 |
| Palmetto State Armory PA-15 multi-caliber pistol | SCD301850 |
| Sun City Machinery Co., LTD Stevens 320 12-gauge shotgun | 201499T |
| Savage Arms Inc. 64 .22 caliber rifle | 1816717 |
| Marlin Firearms Co. 60 .22 caliber rifle | 91496844 |
| Savage Axis .380 caliber rifle | H320788 |
| (2) Pioneer Arms Sporter 7.62x39mm rifles | PAC1171316/ PAC1171513 |

Upon conviction of Count One of the Indictment, the defendant, TIMOTHY SCOTT WALTERMIRE, JR., shall forfeit to the United States pursuant to Title 50, United States Code, Section 4819(d)(1)(B) and Title 28, United States Code, Section 2461(c), any property constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the violation, including but not limited to: $7,885.00 in U.S. currency.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

/ / /

1      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

2  Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(B), and Rule

3  32.2(a), Federal Rules of Criminal Procedure.

4

5                                A TRUE BILL

6

7                                /s/

8                         FOREPERSON OF THE GRAND JURY
                       Dated: September 15, 2022

9

10  GARY M. RESTAINO
   United States Attorney
   District of Arizona

11                               REDACTED FOR
                           PUBLIC DISCLOSURE

12          /s/

13  ANGELA W. WOOLRIDGE
   Assistant U.S. Attorney

14

*United States of America v. Julian Canastillo, et al.*
*Superseding Indictment Page 29 of 29*