TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
CRAIG H. RUSSELL
Assistant U.S. Attorney
Arizona State Bar No. 029206
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
          Craig.Russell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-1857-001-TUC-JCH-BGM |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| Julian Canastillo, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.      The matter is set for sentencing on April 15, 2025.

2.      On March 1, 2022, Mexican Organized Crime Division officers executed four warrants in Navajoa, Sonora. Three of the four locations bore fruit: 191 total firearms (128 long guns, 38 short guns, 19 machineguns, and six .50 caliber rifles); nearly 3 million estimated rounds of ammunition, nearly 15,000 firearm magazines, 89 grenades, 12 tactical vests, and 100 ballistic plates. The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) assisted the Mexican authorities by running an E-Trace search on the seized firearms, which showed approximately 20 of the firearms were purchased in the Tucson area. To be clear, not all of the items listed above are attributable to the defendant or his co-conspirators; rather, that seizure in Navajoa put a spotlight on two existing Tucson investigations.

3.      ATF agents quickly homed in on two suspects who were already under investigation for their firearm purchases. The two were Timothy Scott Waltermire, Jr., who was responsible for the purchase of 148 total firearms in 2021-2022, many of them having the same make, model and caliber, and Omar Trujillo, Jr., who was responsible for the purchase of 21 total firearms between January 24 and April 30, 2022, many of them having the same make, model and caliber. In addition to their own straw purchases, Trujillo recruited and directed Carlos Martinez and Nicolas Meraz to make firearm purchases at FFLs in the District of Arizona, and Waltermire did the same with Tylor Cody Joiner and Roy Glen Cline, III.

4.      After speaking with Waltermire, Trujillo, and Martinez, it became clear that the leader of this cell of firearms smugglers was the defendant. Once ATF agents began investigating the defendant, they became aware of three more individuals, Diego Rey Gonzalez, Corey Creasia, and the defendant's brother, Daniel Canastillo-Molina, who were also involved. In all, at least 192 firearms were smuggled by the members of this conspiracy, which was led by the defendant and his brother. On May 27, 2022, the defendant was arrested by local police on a felony probation violation offense and was eventually sentenced to a year in prison on that violation.

5.      On July 25, 2022, the government filed a complaint against the defendant and Martinez, alleging one count of straw purchasing, in violation of 18 U.S.C. 922(a)(6). On August 24, 2022, a Tucson federal grand jury indicted the defendant and Martinez on the same count. On September 15, 2022, a Tucson federal grand jury returned a true bill of superseding indictment against the defendant and his nine co-conspirators, alleging conspiracy, exportation of goods from the United States, and straw purchasing, among other charges. Upon receiving the warrant for the defendant's arrest resulting from the superseding indictment, federal law enforcement officers apprehended the defendant on October 25, 2022, and the defendant has remained in federal custody since that day. It should be noted that the defendant received credit toward his yearlong state sentence while he was

being held in pretrial custody in this case. On December 27, 2024, the defendant pled guilty to counts 2-7 and 50 of the superseding indictment pursuant to a written plea agreement.

6.    Of the individuals mentioned above, all but Daniel Canastillo-Molina have been convicted of felonies, and Trujillo (18 months) and Waltermire (20 months) were both sentenced to incarceration in the Bureau of Prisons. Gonzalez pled guilty to felony charges in another District of Arizona case, which included dismissal of his count in this case. Martinez is set for sentencing on April 14, 2025, one day before the defendant's hearing.

7.    The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range of 360 months to life is based on a total offense level 41 and a criminal history category II and is *far* higher than the statutory maximum allows, which is ten years for each offense. The probation department recommends the maximum allowable sentence under the plea agreement, which calls for a sentencing range of 60-96 months of incarceration, to be followed by three years of supervised release.

8.    18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

9.    Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to 96 months of incarceration. The defendant's actions in this case were outrageous and intolerable. He was a felon at the time of his crimes and led a gun smuggling operation that sent countless firearms into the Republic of Mexico, almost certainly ending up in the hands of a criminal element that has historically terrorized

the people of that nation. On top of destroying the lives of those in Mexico, the defendant certainly holds some, if not all, responsibility for the fate of eight of his co-conspirators, all of whom now have felony convictions. The defendant is fortunate to have received a plea that is capped at eight years, as a sentence to this amount of time is quite lenient when one considers the havoc he has wrought. The government will further explain its position at the sentencing hearing, currently set for April 15, 2025.

Respectfully submitted this 8th day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/ Matthew C. Cassell

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 8th day of April, 2025, to:

Christopher L. Scileppi, Esq.
Counsel for defendant

4